United States District Court
Northern District of New York

# JUDGMENT IN A CIVIL CASE

**DAWSON SHARPE,**

    **Plaintiff,**

   **V.**                                **CASE NUMBER:**    **9:05-cv-1003**

**JUSTIN TAYLOR, Superintendent,**
**D. PLOWMAN a/k/a PLOWMAN, Correctional Officer,**
**R. SHERIDAN a/k/a SHARELDON, Correctional Officer,**
**R. THERIAULT, a/k/a SGT. THERIAULT,**
**C. HONSKY a/k/a/ HUNSKY, Correctional Officer,**
**D. MCDONALD a/k/a C.O. MCDONALD,**
**R. BALL a/k/a BALL, Correctional officer,**

    **Defendants.**


**[X]  Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[ ]  Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

    As to plaintiff's claim of deliberate indifference to inadequate prison conditions, the jury finds in favor of Defendant Justin Taylor and against Plaintiff Dawson Sharpe; and

    As to plaintiff's retaliation claim, the jury finds in favor of the Plaintiff as against Defendants D. McDonald and R. Ball and awards compensatory damages in the amount of $1.00, and the jury further finds that Defendants D. McDonald and R. Ball are not entitled to qualified immunity; and

    As to plaintiff's claim for punitive damages, the jury finds that Plaintiff is not entitled to punitive damages against Defendant D. McDonald and Defendant R. Ball; and

     As to plaintiff's retaliation claim against Defendants Justin Taylor, R. Sheridan, R. Theriault, C. Honsky and D. Plowman, the jury finds no cause of action, and all claims against these defendants are hereby dismissed.

     All of the above pursuant to a jury verdict rendered on May 18, 2010 before the Honorable Judge Glenn T. Suddaby.

**DATE:**     **May 18, 2010**            **LAWRENCE K. BAERMAN**
                                                    **CLERK OF COURT**

                                                    s/
                                                    _____
                                                    **By:**     **Lori M. Welch**
                                                              **Deputy Clerk**